# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:05 am, Dec 28, 2020
JEFFREY P. COLWELL, CLERK

Civil Action No. _____
(To be supplied by the court)

\_\_Gloria Quintana_____, Plaintiff

v.

\_\_Center Toward Self-Reliance_____,

\_\_Bill Edwards_____,

\_\_Susan Lindeman_____,

\_\_Judy Nicholson_____, Defendant(s).

(*List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.*)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Gloria Quintana, P.O. Box 231, Sanford CO 81151
(Name and complete mailing address)

719-298-8436, gloria.s.quintana3@gmail.com
(Telephone number and e-mail address)

B.     DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:     Bill Edwards, 901 W. 8th St. Pueblo, CO 81003
(Name and complete mailing address)

719-546-1271, bedwards@ilcpueblo.**org**
(Telephone number and e-mail address if known)

Defendant 2:     Susan Lindeman, 901 W. 8th St. Pueblo, CO 81003
(Name and complete mailing address)

719-546-1271, slindeman@ilcpueblo.org
(Telephone number and e-mail address if known)

Additional Information Attached

C.     JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

_x_   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____   Other: (*please specify*) _____

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  <u>I have been discriminated against based on my disability with the meaning of Americans with Disabilities Act (ADA) of 1990, as amended, in violation of the ADA.</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

    \_\_\_ failure to hire      <u> x </u> different terms and conditions of employment

    \_\_\_ failure to promote      <u> x </u> failure to accommodate disability

    <u> x </u> termination of employment      <u> x </u> retaliation

    \_\_\_ other: (*please specify*)  <u>Harassment and hostile work environment</u>

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    \_\_\_ race      \_\_\_ religion      \_\_\_ national origin      \_\_\_ age

    \_\_\_ color      \_\_\_ sex      <u> x </u> disability

    Supporting facts:

The Plaintiff, after several attempts to ask for assistance with her disability, the Plaintiff asked for a meeting to discuss accommodations. During the meeting, the defendants did not discuss accommodations at all. The defendants instead told the plaintiff if she did not sign and complete the provisions set out in an agreement that she would no longer be employed which resulted in her signing a document she did not agree with. After the meeting, she emailed a response that discussed everything that she did not agree with during the meeting along with a formal request for accommodations. The Plaintiff then received a perceived threatening email which resulted in an "acute panic attack" where she was transported by ambulance to the hospital. The harassment and failure to accommodate continued. After leaving the hospital, the Plaintiff requested to take some paid time off which was denied. Plaintiff received harassing emails and certified letters describing why they would not accommodate the plaintiffs' PTSD and falsely accusing the plaintiff for not compiling with the company standards. She was also not compensated for several hours of work and mileage during this time.

Additional Paper Attached

3

**E.     ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

      _x_ Yes  (***You must attach a copy of the administrative charge to this complaint***)

      ___ No

Have you received a notice of right to sue? (*check one*)

      _x_ Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

      ___ No

**F.     REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*
Plaintiff seek injunction and declaratory relief, compensatory damages, punitive damages with interest and costs as remedies for Defendants' violations of their rights.

**G.     PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    _Gloria Quintana_____
     (Plaintiff's signature)

    _December 24, 2020_____
     (Date)
(Form Revised December 2017)

B.     DEFENDANT(S) INFORMATION
  Defendant 3:     **Judy Nicholson, 901 W. 8th St. Pueblo, CO 81003**
                  (Name and complete mailing address)

               **719-546-1271, jnicholson@ilcpueblo.org**
                  (Telephone number and e-mail address if known)

D.     STATEMENT OF CLAIM(S)
CLAIM ONE:  I have been discriminated against based on my disability with the meaning of Americans with Disabilities Act (ADA) of 1990, as amended, in violation of the ADA.

After several months of harassment and a hostile working environment the Plaintiff was fired through an email for not answering the phone. The plaintiff emailed back to defendants explaining why she did not answer the phone and then did as the email stated to leave the premises. The Plaintiff had two civil officers accompany her to return the keys and receive her final paycheck.