IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03796-LTB

GLORIA QUINTANA,

    Plaintiff,

v.

CENTER TOWARD SELF-RELIANCE,
BILL EDWARDS,
SUSAN LINDEMAN, and
JUDY NICHOLSON,

    Defendants.

---

# JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 11, 2021, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 11 day of March, 2021.

                      FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                      By: s/A. Thomas
                           Deputy Clerk